McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DINA MICHELLE LEBEOUF, | CASE NO. 1:19-cv-00201-BAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO OPENING BRIEF |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

DINA MICHELLE LEBEOUF ("Plaintiff"), and ANDREW SAUL, Commissioner Of Social Security ("Defendant" or the "Commissioner"), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time to for the Commissioner to respond to Plaintiff's Brief in Support of Remand (ECF 12). The current deadline is October 16, 2019, and the new deadline would be November 15, 2019. The deadline for any reply would be November 20, 2019. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time because the undersigned attorney was unexpectedly out of the office during the week of October 7, 2019 and currently has nine dispositive motions due during the remainder of October of 2019. Accordingly, the undersigned attorney requires additional time to adequately address the issues that Plaintiff raises in her

brief. The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

OSTERHOUT BERGER DISABILITY LAW

Dated: October 15, 2019             By:   /s/ *Meghan O. Lambert*\*
                                    Meghan O. Lambert
                                    Attorney for Plaintiff
                                    [\*As authorized by e-mail on October 15, 2019]

Dated: October 15, 2019             McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX


                                    By:    */s/ Sharon Lahey*
                                    SHARON LAHEY
                                    Assistant Regional Counsel

### **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendant to file a response to Plaintiff's Brief in Support of Remand is extended to November 15, 2019. Plaintiff shall file any reply on or before November 30, 2019. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 17, 2019**             /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE